# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2130
LT Case No. 2009-CF-001322

———————————————

BENJAMIN CUMMINGS,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

———————————————

3.853 appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Benjamin Cummings, Madison, pro se.

Ashley Moody, Attorney General, and David Welch, Assistant
Attorney General, Tallahassee, for Appellee.

March 12, 2024

PER CURIAM.

  AFFIRMED.

LAMBERT, EISNAUGLE, and PRATT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---